UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PRIDGEM,

                                        Plaintiff,

                        -against-

OTIS BANTUM CORRECTIONAL
FACILITY, ET AL.,

                                        Defendants.

24 CIVIL 9663 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the February 18, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    February 24, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge